UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | |
| v. | ) | Case No. 4:11-cv-01091 CEJ |
| Frank L. Zerjav, Sr., | ) | |
| Respondent. | ) | |

## ORDER

On June 17, 2011, the above numbered case was inadvertently opened in error. Therefore, this case will be administratively closed. The above referenced case must be reassigned as a miscellaneous case.

**IT IS HEREBY ORDERED** that this case **4:11-cv-01091 CEJ** is administratively closed.

Dated this 20th day of June, 2011.

**JAMES G. WOODWARD**
**CLERK OF COURT**

By: /s/ Karen Moore
Deputy Clerk

**In all future documents filed with the Court, please use the following case numbers: Case No. 4:11-mc-353 HEA.**